UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Charles Patrick Murdter, State Bar No. 189952

Case No. 3:19-mc-80313-JD

**ORDER EXTENDING DATE TO SHOW CAUSE RE SUSPENSION FROM MEMBERSHIP IN GOOD STANDING OF THE BAR OF THE COURT**

TO: Charles Patrick Murdter, State Bar No. 189952

The State Bar of California has notified the United States District Court for the Northern District of California that, effective November 30, 2019, you have become ineligible to practice law in the State of California following disciplinary action. Under this Court's Civil Local Rule 11-7, this status change may render you ineligible for continued active membership in the bar of the Northern District of California.

This Court previously issued an order on December 30, 2019 regarding your suspension. The Clerk did not adequately provide you notice. The deadline to respond to the Order to Show Cause is extended as follows:

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before April 22, 2020,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after April 22, 2020 absent further order of this Court.

///

The Clerk shall mail a copy of this Order and the Order to Show Cause issued at docket number 1 to the Respondent via Certified Mail

**IT IS SO ORDERED**.

Dated: March 17, 2020

_____
JAMES DONATO
United States District Judge